Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

November 17 20 21

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

(1) JOSE ALFREDO MALDONADO-RAMIREZ,
(2) IRIS ADRIANA AMADOR-GARCIA,
(3) MILDRED ADRIANA RAMIREZ-PEREZ,
(4) AMADO PEDRO CASTILLO,
(5) MARIO ALBERTO AMADOR-GARCIA,
(6) JOSE NOLBERTO BERNAL,
(7) FERNANDO ALCIDES LOPEZ-MENDEZ,
(8) JUSTINO CRUZ-VICTORIO,
(9) BAYRON EBERTO GARCIA-PEREZ,
(10) DWAYNE DOUGLAS GEORGE,
(11) JOSEPH TROY EASTON,
(12) ANGELIQUE MARIE EASTON,
(13) JERRY WAYNE KOHL,
(14) DOUGLAS BRYAN HEALER,
(15) BARBI DANAE BARNES,
(16) PRESTON JOSEPH SMITH, and
(17) CURTIS ROBERT GRIFFIN,

Defendants.

NO. CR21-174JCC

**FIRST SUPERSEDING INDICTMENT**

The Grand Jury charges that:

FIRST SUPERSEDING INDICTMENT - 1
*United States v. Maldonado-Ramirez, et al.*
USAO No. 2020R00567

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

1  
2  
3 Beginning at a time unknown and continuing until on or about November 2, 2021,

4 in King, Kitsap, Lewis, Mason, Pierce and Thurston Counties, within the Western

5 District of Washington, and elsewhere, JOSE ALFREDO MALDONADO-RAMIREZ,

6 IRIS ADRIANA AMADOR-GARCIA, MILDRED ADRIANA RAMIREZ-PEREZ,

7 AMADO PEDRO CASTILLO, MARIO ALBERTO AMADOR-GARCIA, JOSE

8 NOLBERTO BERNAL, FERNANDO ALCIDES LOPEZ-MENDEZ, JUSTINO CRUZ-

9 VICTORIO, BAYRON EBERTO GARCIA-PEREZ, DWAYNE DOUGLAS GEORGE,

10 JOSEPH TROY EASTON, ANGELIQUE MARIE EASTON, JERRY WAYNE KOHL,

11 DOUGLAS BRYAN HEALER, BARBI DANAE BARNES, PRESTON JOSEPH

12 SMITH, CURTIS ROBERT GRIFFIN and others known and unknown, did knowingly

13 and intentionally conspire to distribute controlled substances, including

14 methamphetamine, heroin, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

15 propanamide (Fentanyl), substances controlled under Title 21, United States Code.

16 The Grand Jury further alleges that with respect to JOSE ALFREDO

17 MALDONADO-RAMIREZ, IRIS ADRIANA AMADOR-GARCIA, MILDRED

18 ADRIANA RAMIREZ-PEREZ, AMADO PEDRO CASTILLO, MARIO ALBERTO

19 AMADOR-GARCIA, JOSE NOLBERTO BERNAL, FERNANDO ALCIDES LOPEZ-

20 MENDEZ, JUSTINO CRUZ-VICTORIO, BAYRON EBERTO GARCIA-PEREZ,

21 DWAYNE DOUGLAS GEORGE, JOSEPH TROY EASTON, ANGELIQUE MARIE

22 EASTON, JERRY WAYNE KOHL, DOUGLAS BRYAN HEALER, PRESTON

23 JOSEPH SMITH, and CURTIS ROBERT GRIFFIN, their conduct as members of the

24 conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of

25 other members of the conspiracy charged in Count 1, involved 50 grams or more of

26 methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a

27 mixture or substance containing a detectable amount of methamphetamine, its salts,

28

FIRST SUPERSEDING INDICTMENT - 2  
*United States v. Maldonado-Ramirez, et al.*  
USAO No. 2020R00567

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

1 | isomers, or salts of its isomers, in violation of Title 21, United States Code, Section

2 | 841(b)(1)(A).

3 | The Grand Jury further alleges that with respect to JOSE ALFREDO

4 | MALDONADO-RAMIREZ, IRIS ADRIANA AMADOR-GARCIA, BAYRON

5 | EBERTO GARCIA-PEREZ, JOSEPH TROY EASTON, ANGELIQUE MARIE

6 | EASTON, BARBI DANAE BARNES, and PRESTON JOSEPH SMITH, their conduct

7 | as members of the conspiracy charged in Count 1, which includes the reasonably

8 | foreseeable conduct of other members of the conspiracy charged in Count 1, involved

9 | 1,000 grams or more of a mixture or substance containing a detectable amount of heroin,

10 | in violation of Title 21, United States Code, Section 841(b)(1)(A).

11 | The Grand Jury further alleges that with respect to JOSE ALFREDO

12 | MALDONADO-RAMIREZ, IRIS ADRIANA AMADOR-GARCIA, MARIO

13 | ALBERTO AMADOR-GARCIA, JOSE NOLBERTO BERNAL, JUSTINO CRUZ-

14 | VICTORIO, and BAYRON EBERTO GARCIA-PEREZ, their conduct as members of

15 | the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of

16 | other members of the conspiracy charged in Count 1, involved 400 grams or more of a

17 | mixture and substance containing a detectable amount of Fentanyl, in violation of Title

18 | 21, United States Code, Section 841(b)(1)(A).

19 | The Grand Jury further alleges that with respect to DWAYNE DOUGLAS

20 | GEORGE, JOSEPH TROY EASTON, ANGELIQUE MARIE EASTON, and their

21 | conduct as members of the conspiracy charged in Count 1, which includes the reasonably

22 | foreseeable conduct of other members of the conspiracy charged in Count 1, involved 40

23 | grams or more of a mixture and substance containing a detectable amount of Fentanyl, in

24 | violation of Title 21, United States Code, Section 841(b)(1)(B).

25 | All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

26 | //

27 | //

28 | //

FIRST SUPERSEDING INDICTMENT - 3
*United States v. Maldonado-Ramirez, et al.*
USAO No. 2020R00567

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATION

1

2      The allegations contained in Count 1 of this First Superseding Indictment are

3  hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

4  Pursuant to Title 21, United States Code, Section 853(a), upon conviction of the offense

5  alleged in Count 1 of this Indictment, JOSE ALFREDO MALDONADO-RAMIREZ,

6  IRIS ADRIANA AMADOR-GARCIA, MILDRED ADRIANA RAMIREZ-PEREZ,

7  AMADO PEDRO CASTILLO, MARIO ALBERTO AMADOR-GARCIA, JOSE

8  NOLBERTO BERNAL, FERNANDO ALCIDES LOPEZ-MENDEZ, JUSTINO CRUZ-

9  VICTORIO, BAYRON EBERTO GARCIA-PEREZ, DWAYNE DOUGLAS GEORGE,

10  JOSEPH TROY EASTON, ANGELIQUE MARIE EASTON, JERRY WAYNE KOHL,

11  DOUGLAS BRYAN HEALER, BARBI DANAE BARNES, PRESTON JOSEPH

12  SMITH, CURTIS ROBERT GRIFFIN shall forfeit to the United States of America any

13  property that constitutes or is traceable to proceeds of the offense, as well as any property

14  that facilitated the offense, including but not limited to a sum of money reflecting the

15  proceeds each defendant individually obtained as a result of the offense.

16      ***Substitute Assets***

17      If any of the above-described forfeitable property, as a result of any act or

18  omission of the defendants,

19          a.      cannot be located upon the exercise of due diligence;

20          b.      has been transferred or sold to, or deposited with, a third party;

21          c.      has been placed beyond the jurisdiction of the Court;

22          d.      has been substantially diminished in value; or

23          e.      has been commingled with other property which cannot be divided

24                  without difficulty,

25      //

26

27

28

FIRST SUPERSEDING INDICTMENT - 4
*United States v. Maldonado-Ramirez, et al.*
USAO No. 2020R00567

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States, pursuant to Title 21, United States Code, Section

2  853(p), to seek the forfeiture of any other property of the defendants, up to the value of

3  the above-described forfeitable property.

4

5                                          A TRUE BILL:

6                                          DATED:  *17 November 2021*

7
                                           *(Signature of Foreperson redacted*
8                                          *pursuant to the policy of the Judicial*
                                           *Conference of the United States)*
9

10                                         _____

11                                         FOREPERSON

12

13  _____

14  NICHOLAS W. BROWN
    United States Attorney
15

16

17  _____

18  VINCENT T. LOMBARDI
    Assistant United States Attorney
19

20

21  _____

22  C. ANDREW COLASURDO
    Assistant United States Attorney
23

24

25  _____

26  BENJAMIN DIGGS
    Assistant United States Attorney
27

28

FIRST SUPERSEDING INDICTMENT - 5
*United States v. Maldonado-Ramirez, et al.*
USAO No. 2020R00567

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970