UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR21-174 JCC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| PRESTON JOSEPH SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offenses charged:

   1.  Conspiracy to Distribute Controlled Substances.

Date of Detention Hearing:   December 13, 2021.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.     Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

01   is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

02   both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

03          2.        Defendant poses a risk of flight based on the multiple warrants issued for various

04   violations in prior cases, including failure to appear and failure to comply with substance abuse

05   disorder treatment.   Defendant has an active warrant from DOC for failure to appear for

06   supervision from a prior controlled substances conviction. Defendant is a danger to the

07   community because of his reoccurring history of similar criminal conduct.   Defendant does not

08   contest detention at this time.

09          3.        There does not appear to be any condition or combination of conditions that will

10   reasonably assure the defendant's appearance at future Court hearings while addressing the

11   danger to other persons or the community.

12      It is therefore ORDERED:

13   1.   Defendant shall be detained pending trial, and committed to the custody of the Attorney

14          General for confinement in a correction facility separate, to the extent practicable, from

15          persons awaiting or serving sentences or being held in custody pending appeal;

16   2.   Defendant shall be afforded reasonable opportunity for private consultation with

17          counsel;

18   3.   On order of the United States or on request of an attorney for the Government, the person

19          in charge of the corrections facility in which defendant is confined shall deliver the

20          defendant to a United States Marshal for the purpose of an appearance in connection

21          with a court proceeding; and

22   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

01  for the defendant, to the United States Marshal, and to the United State Probation

02  Services Officer.

03  DATED this 13th Day of December, 2021.

04

05  S. KATE VAUGHAN
    United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3